## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **EBLIN ALSIDES ACOSTA GUERRERO,** | § § § | |
| *Petitioner*, | § § | |
| **v.** | § § § | |
| **WARDEN ERO EL PASO CAMP EAST MONTANA, MARY DE ANDA-YBARRA, ACTING FIELD OFFICE DIRECTOR; TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SIRCE OWEN, ACTING DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; PAMELA BONDI, U.S. ATTORNEY GENERAL; AND KRISTI NOEM, U.S. SECRETARY OF HOMELAND SECURITY,** | § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00731-LS** |
| *Respondents*. | § § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 15, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**